RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
JUN 3 0 2025
BY: DANIEL J. McCOY, CLERK

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| KERLIN VARELA-MARADIAGA | ) | Case No. 6:25-mj-00123 |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 28, 2025__ in the county of __Lafayette__ in the __Western__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C § 1326(a)(1) | Re-entry of removed Alien |

This criminal complaint is based on these facts:
See Attachment 1 (Affidavit)

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Robert Gentry o.b.o Paul J. Carmouche, SA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/30/2025

_____
*Judge's signature*

City and state: Lafayette, Louisiana

David J. Ayo, United States Magistrate Judge
*Printed name and title*